05-15-01497-CV

FILED
DALLAS COUNTY
12/8/2015 12:55:00 PM
FELICIA PITRE
DISTRICT CLERK

Bridgette Vation

CAUSE NO. DC-15-02269

| | | |
|---|---|---|
| STACY WRIGHT, | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiff,** | § | FILED IN<br>5th COURT OF APPEALS<br>DALLAS, TEXAS<br>12/9/2015 8:55:35 AM |
| | § | |
| V. | § | |
| | § | |
| | § | 162ND JUDICIAL DISTRICT LISA MATZ<br>Clerk |
| CITY OF FARMERS BRANCH, TEXAS, | § | |
| | § | |
| **Defendant.** | § | DALLAS COUNTY, TEXAS |

## DEFENDANT CITY OF FARMERS BRANCH'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant City of Farmers Branch ("Defendant" or "City"), and files this, its Notice of Appeal. In support thereof, the City respectfully shows the Court as follows:

1. Defendant City of Farmers Branch desires to appeal from the Court's Order on Defendant City of Farmers Branch's Plea to the Jurisdiction/Motion to Dismiss for Lack of Subject Matter Jurisdiction, signed by this court on November 18, 2015.

2. Defendant appeals to the Court of Appeals for the Fifth District of Texas at Dallas.

3. The appeal of this case is an accelerated appeal, pursuant to Tex.Civ.P. & Rem.C. §51.014(a)(8), and pursuant to Tex.Civ.P. & Rem.C. §51.014(b), this appeal stays the commencement of trial and all other proceedings in the Trial Court pending resolution of this appeal.

Respectfully submitted,

WALKER BRIGHT PC
100 N. Central Expressway, Suite 800
Richardson, Texas 75080
Telephone:     (972) 744-0192
Facsimile:     (972) 744-0067

_____
Gerald Bright
State Bar No. 02991720
David L. Craft
State Bar No. 00790522

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defendant City of Farmers Branch's Notice of Appeal has been transmitted via facsimile to all counsel of record and/or parties as listed below on this the 8th day of December, 2015.

John P. Hagan                                          *Via Facsimile @ (469)208-5366*
Hagan Law Group
1333 West McDermott Dr., Suite 200
Allen, Texas 75013
*Attorney for Plaintiff*

_____
Gerald Bright / David Craft